JACK COTHREN V. THE STATE.

No. 21135. Delivered June 12, 1940 .

The opinion states the case.

*J. Mitch Johnson*, of San Saba, for appellant.

*Lloyd W. Davidson*, State's Attorney, of Austin, for the State.

GRAVES, Judge.

Appellant was convicted in the county court of a violation of the liquor laws of this State, and fined $250.00.

A former conviction was alleged and offered as an enhancement of the penalty. The number of this former conviction was

1744 in such county court. It appears from the record that such cause No. 1744 was successfully used in the trial of a former case against this same appellant, the county court number being 1786, our number 21134, Jack Cothren v. State, this day decided,* and in consonance with the doctrine that a former conviction for a like offense can be successfully used but once for the purpose of enhancing the punishment, this judgment is reversed and the cause remanded.

*Pending on motion for rehearing.